# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 5693 | DATE | 5/13/2004 |
| CASE TITLE | USA vs. JENKENS & GILCHRIST, P.C. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. The Motion to dismiss and to quash is denied. Status hearing held and continued to 8/4/04 at 11:00 a.m.

(11) ■ [For further detail see order attached to the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

courtroom deputy's initials: LG

date docketed: MAY 14 2004

Document Number: 32

U.S. DISTRICT COURT CLERK
2004 MAY 13 PM 6:46
Date/time received in central Clerk's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,)
)
Petitioner,)
)
vs.) No. 03 C 5693
)
JENKENS & GILCHRIST, P.C., a)
professional corporation,)
)
Respondent.)

DOCKETED
MAY 1 4 2004

## MEMORANDUM OPINION AND ORDER

Respondent Jenkins & Gilchrist, P.C. have moved to dismiss the government's petition to enforce its summonses and respondent seeks to quash the summonses. We previously ruled that the summoned identities were not privileged. The remaining contentions essentially mirror those raised before Judge Matthew F. Kennelly in United States v. Sidley Austin Brown & Wood LLP, 03 C 9355, in the Northern District of Illinois. Judge Kennelly rejected those contentions on April 28, 2004, in a full and careful opinion. We agree with his analysis. Accordingly, we deny the motion to dismiss and to quash.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 13, 2004.

32